Certificate Number: 15317-PAE-DE-032107435

Bankruptcy Case Number: 13-16465



15317-PAE-DE-032107435

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2019</u>, at <u>3:01</u> o'clock <u>PM PST</u>, <u>Donna Barber</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 3, 2019</u>            By:    <u>/s/Jane Alba</u>

                                                          Name:  <u>Jane Alba</u>

                                                          Title:   <u>Counselor</u>